IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILHELMINA REUBEN-COOKE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> BOARD OF TRUSTEES OF THE ) <br> UNIVERSITY OF THE DISTRICT ) <br> OF COLUMBIA, *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:08cv1102 <br> Hon. Leone M. Brinkema <br> Hon. Ivan D. Davis |

**DEFENDANTS BOARD OF TRUSTEES OF THE UNIVERSITY OF THE DISTRICT OF COLUMBIA AND STANLEY JACKSON <u>CORRECTED</u> AMENDED PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3), LIST OF TRIAL WITNESSES, STIPULATIONS, AND LIST OF TRIAL EXHIBITS**

Pursuant to Fed. R. Civ. P. 16(d) and 26(a)(3), and the Orders filed January 6, and February 18, 2009, Defendants Board of Trustees of the University of the District of Columbia ("Board"), and Stanley Jackson (collectively, "UDC Defendants"), by and through counsel, respectfully supplement their initial pretrial disclosures and submit their submit their lists of trial witnesses and exhibits and stipulations as follows.

I.      **Potential Witnesses**

      A.      **UDC Defendants Expect to Call the Following Persons to Testify at Trial**

**1. Earl Cabbell**
3831 Rodman Street, NW
Unit 25-A
Washington, D.C. 20016
(202) 363-4777

**2. William Divello**
District of Columbia
Office of the Inspector General
717 14th Street, Northwest
Washington, D.C. 20005
(202) 727-2540

**3. James Dyke, Jr.**
McGuire Woods LLP Partner
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102-4215
(703) 712-5449

**4. Cheryl Ferraro**
District of Columbia
Office of the Inspector General
717 14th Street, Northwest
Washington, D.C. 20005
(202) 727-2540

**5. Carlynn Fuller**
1127 Abbey Place, Northeast
Washington, D.C. 20008
(202) 543-2847

**6. Stanley Jackson**
C/o UDC Defendants' Counsel
Phone c/o Thomas Koger: (202) 727-4170
Fax c/o Thomas Koger: (202) 741-5908

**7. Barbara Jumper**
6218 29th Street Northwest
Washington, D.C. 20005

University of the District of Columbia
Van Ness Campus
Building 39, Room 301P
4200 Connecticut Avenue, Northwest
Washington , D.C. 20008
(202) 274-5140

**8. Bertha D. Minus**
9 Alexandria Drive
Oxon Hill, MD 20745-1002

Associate Provost for Academic Affairs
University of the District of Columbia
Building 39, Room 301M
4200 Connecticut Avenue, Northwest
Washington , D.C. 20008
(202) 274-5557

**9. Lesley Richards, PhD.**
609 Q Street, NW
Washington , D.C. 20008

University of the District of Columbia
Van Ness Campus
Building 39, Room 301A
4200 Connecticut Avenue, NW
Washington , D.C. 20008
(202) 274-5100

**10. David Watts**
1629 Webster Street, Northwest
Washington, D.C. 20011

University of the District of Columbia
Van Ness Campus
Building 39, Room 301Q
4200 Connecticut Avenue, NW
Washington , D.C. 20008
(202) 274-5400

### B. UDC Defendants May Call the Following Persons to Testify at Trial if Necessary

**11. Jonetta Rose Barras**
C/O Examiner.com Defendants' Counsel

**12. David Patrick Gragan**
4849 Connecticut Avenue, Northwest
Washington, D.C. 20008
(703) 395-9792

D.C. Office of Contracting and Procurement
One Judiciary Square
441 4th Street, Northwest, Suite 700 S
Washington, D.C. 20001

**13. Sydney Hall**
1433 Iris Street Northwest
Washington, D.C. 20010
(202)-722-4212

**14. Mary Ann Harris**
University of the District of Columbia
Van Ness Campus
Building 39, Room 301A
4200 Connecticut Avenue, Northwest
Washington, D.C. 20008
(202) 274-5100

**15. Wilmer L. Johnson**
3301 Beret Lane
Silver Spring, MD 20906
(Phone N/A)

**16. Johnnie A. Landon, Jr.**
4401-A Connecticut Ave. Northwest, Suite 286
Washington, DC 20008
(202) 434-4589

**17. Bill Myers**
C/O Examiner.com Defendants' Counsel

**18. William Pollard**
8738 Preston Place
Chevy Chase, MD 20815
(Phone N/A)

**19. Herman T. ("Terry") Prescott II**
University of the District of Columbia
Van Ness Campus
Building 39, Room A14
4200 Connecticut Avenue, NW
Washington, DC 20008
(202) 274-5311

**20. Edmund Cooke**
c/o Plaintiffs' counsel

**21. Wilhelmina Reuben-Cooke**
c/o Plaintiffs' Counsel

**22. Thomas M. Berger**
Chief Financial Officer
University of the District of Columbia
Building 39
4200 Connecticut Avenue, NW
Washington, DC 20008
(202) 641-7830

23. **Any physician or care provider identified by plaintiff in her Initial Disclosures or responses to interrogatories herein, or whose records relating to care and treatment of plaintiff have been produced herein.**

UDC Defendants reserve the right to call any witness listed by plaintiff or by any other defendant in their respective submissions pursuant to Fed. R. Civ. P. 26(a)(3), whether or not actually called by plaintiff or by any other defendant to testify at trial and further reserve the

3

right to call any person for purposes of impeachment or rebuttal. UDC Defendants further reserve the right to call a custodian of records or other appropriate witness to testify to the authenticity, reliability and/or admissibility of documents identified herein if required by objection by plaintiff or by other defendants to same.

### III. Witnesses Whose Testimony UDC Defendants May Present by Deposition Pursuant to Fed. R. Civ. P. 26(a)(3)(B)

The UDC Defendants may present testimony of the following persons by deposition, pursuant to do Fed. R. Civ. P. 26(a)(3)(B):

**1. James Dyke, Jr.**
McGuire Woods LLP Partner
1750 Tysons Boulevard
Suite 1800
McLean, Virginia 22102-4215
(703) 712-5449

**2. Wilhelmina Reuben-Cooke**
C/o Plaintiff's Counsel

**3. Carlynn Fuller**
1127 Abbey Place, Northeast
Washington, D.C. 20008
(202) 543-2847

**4. Stanley Jackson**
C/o UDC Defendants' Counsel
Phone c/o Thomas Koger: (202) 727-4170
Fax c/o Thomas Koger: (202) 741-5908

**5. Barbara Jumper**
6218 29th Street Northwest
Washington, D.C. 20005

University of the District of Columbia
Van Ness Campus
Building 39, Room 301P
4200 Connecticut Avenue, Northwest
Washington , D.C. 20008
(202) 274-5140

**6. Bertha D. Minus**
9 Alexandria Drive
Oxon Hill, MD 20745-1002

Associate Provost for Academic Affairs
University of the District of Columbia
Building 39, Room 301M
4200 Connecticut Avenue, Northwest
Washington , D.C. 20008
(202) 274-5557

**7. Lesley Richards, PhD.**
609 Q Street, NW
Washington , D.C. 20008

University of the District of Columbia
Van Ness Campus
Building 39, Room 301A
4200 Connecticut Avenue, NW

**8. Jonetta Rose Barras**
C/O Examiner.com Defendants' Counsel

Washington, D.C. 20008
(202) 274-5100

**9. David Patrick Gragan**
4849 Connecticut Avenue, NW
Washington, D.C. 20008
(703) 395-9792

**10. Bill Myers**
C/O Examiner.com Defendants' Counsel

D.C. Office of Contracting and Procurement
One Judiciary Square
441 4th Street, NW, Suite 700 S
Washington, D.C. 20001

**11. Herman T. ("Terry") Prescott II**
University of the District of Columbia
Van Ness Campus
Building 39, Room A14
4200 Connecticut Avenue, NW
Washington, DC 20008
(202) 274-5311

**12. Edmund Cooke**
c/o Plaintiffs' counsel

UDC Defendants reserve the right to present testimony by deposition of other witnesses in response to any such testimony presented by plaintiff or other defendants, or for impeachment or rebuttal.

**III.  Stipulations of Fact**

The parties have entered into the following stipulations:

**A.  Plaintiffs' "Public Official" Status as to Examiner.com Defendants**

Plaintiff Wilhelmina Reuben-Cooke ("plaintiff") and Defendants Examiner.com, Bill Myers, and Jonetta Rose Barras (collectively, the "Examiner defendants"), hereby stipulate and agree as follows:

1.  For purposes of this case, plaintiff is a "public official" as that term is used by *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964), and its progeny.

2.  As a result, to establish liability against any of the Examiner defendants, plaintiff will need to prove that such Examiner defendant published the

articles and columns challenged in her Second Amended Complaint with "actual malice," as that term has been defined by, and as required by, *New York Times Co. v. Sullivan*, and its progeny.

B. **Plaintiff's "Public Official" Status as to UDC Defendants**

Plaintiff Wilhelmina Reuben-Cooke ("plaintiff") and Defendants Board of Trustees of the University of the District of Columbia and Stanley Jackson (collectively, the "UDC defendants"), hereby stipulate and agree as follows:

1. For purposes of this case, plaintiff is a "public official" as that term is used by *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964), and its progeny.

2. As a result, to establish liability against any of the UDC defendants under Count I (Defamation/Defamation *Per Se*), plaintiff will need to prove that such UDC Defendants published the remarks challenged by plaintiff in her Second Amended Complaint with "actual malice," as that term has been defined by, and as required by, *New York Times Co. v. Sullivan*, and its progeny.

3. This stipulation is consistent with that between plaintiff and defendants Examiner.com, Jonetta Rose Barras, and Bill Myers in this matter, Doc. 62, and is intended to have equal effect therewith.

IV. **UDC Defendants' List of Trial Exhibits**

UDC Defendants may use all exhibits listed in Attachment A.

Respectfully submitted,

/s/: Thomas L. Koger
Thomas L. Koger, VA Bar No. 40086
Thomas.Koger@dc.gov
Office of the Attorney General

6

for the District of Columbia
Senior Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 727-4128  Telephone
(202) 727-3625  Facsimile

*Counsel for Defendants, Board of Trustees of the University of the District of Columbia and Stanley Jackson*

**UDC Defendants' Amended List of Trial Exhibits – Attachment A to UDC Defendants' Pretrial Statement**

| EXHIBIT NUMBER | BATES NUMBER | DOC TYPE | DOCUMENT DESCRIPTION | DOC DATE | CON[1] | OBJ |
|---|---|---|---|---|---|---|
| 1 | PL 00040-44 | Record | WRC medical record for Dr. Anthony Watkins. | 2007-2008 | Yes | |
| 2 | PL 00050 | Record | WRC medical record from INOVA Health System. | October 29, 2007 | Yes | |
| 3 | PL 00051-52 | Record | WRC medical record for Washington Cardiovascular Specialists. | November 2, 2007 | Yes | |
| 4 | PL00085-86 | Letter | WRC appointment letter. | June 19, 2003 | No | |
| 5 | PL00088 | Agenda | Provost's meeting with the President. | October 5, 2005 | No | |
| 6 | PL00089-90 | Agenda | Provost's meeting with the Senior Vice President and Chief of Staff. | February 26, 2007 | No | |
| 7 | PL00091-92 | Chart | Academic Affairs Additional Funding Requests FY 2007 | Revised February 16, 2007 | No | |
| 8 | PL00105 | Agenda | President and Provost meeting on Workforce Development and Community College Programs. | January 10, 2006 | No | |
| 9 | PL00119-124 | Proposal | UDC Proposed Expansion of Workforce Development Training and Community College Programs in D.C. | September 14, 2005 | No | |
| 10 | PL00147 | Agenda | Provost Meeting with the President: McKinley Tech, Academic Affairs Lapsed Funding, et cetera. | April 14, 2006 | No | |
| 11 | PL00149 | Memo | From Rolin Sidwell to WRC regarding various use agreements. | February 9, 2006 | No | |
| 12 | PL00160 | Application | Application to use facilities at McKinley. | June 29, 2006 | No | |
| 13 | PL00161-162 | Application | Application to use facilities at Ferebee-Hope. | August 7, 2006 | No | |
| 14 | PL00163-164 | Application | Application to use facilities at Woodson. | April 25, 2006 | No | |
| 15 | PL00170-173 | Chart | UDC Workforce Development Community Programs Schedule of Salaries and Benefits. | October 1, 2006 thru September 30, 2007 | No | |
| 16 | PL00174 | Chart | UDC Workforce Development Program organization chart. | Updated November 7, 2006 | No | |
| 17 | PL00175-177 | Memo | From WRC to Dr. Pollard concerning the decision about whether to offer a certified nursing assistant program at Ferebee Hope. | January 19, 2006 | No | |

---

[1] Documents for which the word "Yes" appears are embraced by the Protective Order herein.

**UDC Defendants' Amended List of Trial Exhibits – Attachment A to UDC Defendants' Pretrial Statement**

| | | | | | |
|---|---|---|---|---|---|
| 18 | PL00241-249 | Plan | UDC Workforce Development Initiative Woodson Satellite Program. | April 20, 2007 | No |
| 19 | PL00257-263 | Agenda/ Notes | UDC Workforce Satellite Centers Planning Meeting and handwritten notes. | September 12, 2007 | No |
| 20 | PL00279-282 | Report | UDC Satellite Programs report (background, goals, strategies, outcomes). | March 1, 2007 | No |
| 21 | PL00298-300 | Email | From Terry Prescott to Dr. Pollard regarding the preliminary cost of UDC Ward 8 Learning Communities Cost for Fall 2005. | July 20, 2005 | No |
| 22 | PL00354-355 | Response | Response to statements of Jonetta Rose Barras regarding Workforce Development Program. | | No |
| 23 | PL00473 | Agenda | Board of Trustees Academic Affairs Committee Meeting: Academic Policies, Salary Increases, Outreach Strategies, et cetera. | July 5, 2007 | No |
| 24 | PL00512 | Agenda | Provost's meeting with the Senior Vice President. | May 31, 2007 | No |
| 25 | PL00513-515 | Agenda | Meeting with the President (FY 2008 Budget Call, Title III, Convocation, Faculty Promotion, etc.). | September 11, 2007, Continued September 17, 2007 | No |
| 26 | PL00522-526 | Agenda | Provost's meeting with Senior Vice President (conversation with the Chair, FY 2007 Academic Affairs Funding Requests, Dean's Requests, etc.). *Additionally: Academic Affairs request to use a portion of FY 2007 lapsed funding. Revised June 6, 2007* | June 28, 2007 | No |
| 27 | PL00539-00541 | Agenda | Provost's meeting with the President. *Additionally: Academic Affairs request to use a portion of FY 2007 lapsed funding. May 31, 2007* | May 31, 2007 | No |
| 28 | PL00542 | Agenda | Provost's meeting with the President. Include University Senate resolutions, budget memo, and workforce development leadership. | May 7, 2007 | No |
| 29 | PL00544-545 | Chart | Academic Affairs Additional Funding Requests FY 2007. | Revised April 27, 2007 | No |
| 30 | PL00546 | Memo | From WRC to Dr. Pollard pertaining to a second staff assistant position in | April 27, 2007 | No |

2

**UDC Defendants' Amended List of Trial Exhibits – Attachment A to UDC Defendants' Pretrial Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | the Office of the Provost. | | | |
| 31 | PL00547-548 | Memo | From WRC to Dr. Pollard regarding additional FY 2007 budgetary funding to Academic Affairs. | April 27, 2007 | No | |
| 32 | PL00549 | Agenda | Provost's meeting with the Senior Vice President. Includes FY 2007 funding requests, dean's requests and other issues. | June 28, 2007 | No | |
| 33 | PL00550-551 | Chart | Academic Affairs request to use a portion of FY 2007 lapsed funding. | Revised June 6, 2007 | No | |
| 34 | PL00552-553 | Chart | Academic Affairs Additional Funding Requests. FY 2007 | Revised April 27, 2007 | No | |
| 35 | PL00554-555 | Chart | Academic Affairs Additional Funding Requests FY 2007 with handwritten notes. | Revised April 27, 2007 | No | |
| 36 | PL00556 | Agenda | Provost's meeting with the Senior Vice President. | June 14, 2007 | No | |
| 37 | PL00557-558 | Chart | Academic Affairs request to use a portion o FY 2007 lapsed funding. | June 6, 2007 | No | |
| 38 | PL00559 | Chart | Academic Affairs request to use a portion of FY 2007 Lapsed Funding. | May 31, 2007 | No | |
| 39 | PL00560 | Request Form | Reprogramming request form for Workforce Development. Requestor Rolin Sidwell. | October 16, 2006 | No | |
| 40 | PL00561 | Agenda | Provost meeting with the President. | April 14, 2006 | No | |
| 41 | PL00859 | Email | From WRC to WRC forwarding email Dr. Pollard regarding transition and Provost sabbatical. | Original email: June 29, 2007 Forward: November 8, 2007 | No | |
| 42 | PL00898 | Email/ Statement | WRC email to WRC containing Stanley Jackson's statement. | Statement: October 26, 2007 Email: October 31, 2007 | No | |
| 43 | PL 00965-1007 | Notes | Handwritten physician's notes pertaining to WRC's health conditions. | 2009 | Yes | |
| 44 | EX00001 | Article | Examiner.com, "UDC to return $18M in unused funds to District" | October 22, 2007 | No | |
| 45 | EX00002 | Article | Examiner.com, "Top UDC official mishandled millions" | October 24, 2007 | No | |
| 46 | EX00003 | Article | Examiner.com, "The University of D.C. is ripe for reform" | October 25, 2007 | No | |
| 47 | EX0004-5 | Article | Examiner.com, "UDC leaders request staff shake-up" | October 29, 2007 | No | |

| 48 | JB00043-44 | Chart | UDC Payroll Information Manning Chart. | April 2, 2008 | No | |
|---|---|---|---|---|---|---|
| 49 | BM00001-4 | Memo | From University Senate Steering Committee to Mayor Fenty requesting help with the debilitating state of affairs at UDC. | September 27, 2007 | No | |
| 50 | BM00006-7 | Letter | From Sydney Hall to Fernando Barrueta, Chair of the Facilities Committee regarding the bldg. 52 renovation. | April 25, 2007 | No | |
| 51 | BM00181-191 | Report | UDC Independent Auditor's Report on Internal Control Over Financial Reporting and on Compliance and Other Matters. | September 30, 2005 | No | |
| 52 | WRCA 00089 | Email | From Sidwell to Johnnie Landon, Mutnick, Dwayne Jones, and Leroy Shields pertaining to requisitions. | | No | |
| 53 | WRCA 00178-00179 | Email | Between Rolin Sidwell and Leroy Shields pertaining to the Friendship-Edison building lease. | February 6, 2007 | No | |
| 54 | WRCA 00196 | Memo | Memo to Ms. Reuben-Cooke regarding a status report on agreements to use space in facilities for UDC's satellite workforce development programs. | February 23, 2006 | No | |
| 55 | WRCA 00209-212 | Application | To use facilities at McKinley Tech. | September 15, 2006 | No | |
| 56 | WRCA 00215-216 | Memo | Memo of understanding for Intra-District Funding. | May 2, 2007 | No | |
| 57 | WRCA 00249 | Memo | To Ms. Reuben-Cooke regarding status report on agreements to use space at UDC's satellite sites. | February 23, 2006 | No | |
| 58 | WRCA 00250 | Memo | To Ms. Reuben-Cooke concerning the engagement of Council members, members of the Board of Ed., senior DC government officials, community leaders, and organizations. | February 9, 2006 | No | |
| 59 | WRCA 00275-281 | Email | Dwayne Jones, Sr.: Pertaining to available, but not accessible, funds regarding Workforce Development Acquisition Requirements from Wossen Encubahre. | August 15, 2006 | No | |
| 60 | WRCA | Agreem | UDC DOH Inter-agency agreement. | FY 2006 | No | |

| | | | | | |
|---|---|---|---|---|---|
| | 00520-521 | ent | | | |
| 61 | WRCA 00522 | Memo | From Prescott to Robinson pertaining to Workforce Development budget for public safety and emergency management. | June 23, 2006 | No |
| 62 | WRCA 00753-754 | Talking Points | Vest Appropriation: WRC Provost and VP for AA. | December 6, 2005 | No |
| 63 | WRCA 00769 | Memo | From WRC to Dr. Pollard pertaining to decision about whether to offer certified nursing assistant program at Ferebee Hope. | January 19, 2006 | No |
| 64 | WRCA00942 | Memo | RE: Workforce Development. | June 19, 2006 | No |
| 65 | WRCA 01101-01108 | Letter | Letter and personnel information pertaining to Jackson's position as Senior VP and Chief of Staff. | 2007 | No |
| 66 | WRCA 01109-01110 | Letter | From Pollard to Jackson regarding Jackson's salary. | December 22, 2006 | No |
| 67 | WRCA 01211 | Letter | From David Watts to Elaine Bredehoft concerning WRC's letter of appointment. | January 23, 2008 | No |
| 68 | WRCA 01212 | Letter | From Stanley Jackson to WRC regarding termination of Executive Appointment. | December 7, 2007 | No |
| 69 | WRCA 01230-1231 | Letter | WRC appointment letter. | June 18, 2003 | No |
| 70 | WRCA 01252-1253 | Letter | WRC amended appointment letter. | July 18, 2003 | No |
| 71 | WRCA 01365-1379 | Testimony | Testimony of Stanley Jackson to the Committee of the Whole. | February 27, 2008 | No |
| 72 | WRCA 01380-1389 | Audit/ List | Audit of the Workforce Development Program of UDC, showing purchase orders. Note both EXCESSIVE and WASTE expenditures (constitutes 21 out of 55 of the purchase orders). | 2007 | No |
| 73 | WRCA 01856-1858 | Audit | OIG 07-2-33GG Workforce Development Program to document meeting with Mary Ann Harris (manager of the Procurement and Contracting Office at UDC). Auditor: | September 27, 2007 | No |

| | | | Khaled Abdel Ghany. | | | |
|---|---|---|---|---|---|---|
| 74 | WRCA 01860-1879 | Audit | OIG 07-2-33GG Workforce Development Program to document Terry Prescott (Exec. Assistant for the Provost). Auditor: Khaled Abdel Ghany. See attachments for versions of Academic Affairs budgets. | September 26, 2007 | No | |
| 75 | WRCA 01895-1896 | Audit | To document email received from Dr. Sidwell on December 27, 2007. | December 31, 2007 | No | |
| 76 | WRCA 01898-1899 | Audit | To document email from Dr. Sidwell regarding organizational chart for WDP. | January 18, 2008 | No | |
| 77 | WRCA 01934-1947 | Audit | OIG 07-2-33GG Workforce Development Program to document interview with the CFO Mrs. Barbara Jumper. Auditor: Khaled Abdel Ghany. See attachment for list of employees and salaries.<br><br>OIG 07-2-33GG Workforce Development Program to document obtaining the status of 37 purchase orders for WDP. Auditor: Khaled Abdel Ghany. | December 12, 2007 & December 18, 2007 | No | |
| 78 | WRCA 02206-2207 | Memo | From David Rose to WRC pertaining to first quarter fiscal year 2007 invoice. | January 15, 2007 | No | |
| 79 | WRCA 02213-2214 | Memo | From Samuel Barringtine to WRC pertaining to third quarter fiscal year 2007 invoice. | July 31, 2007 | No | |
| 80 | WRCA 02215-2216 | Memo | From Samuel Barringtine to WRC pertaining to fourth quarter fiscal year 2007 invoice. | October 15, 2007 | No | |
| 81 | WRCA 02225-2226 | Memo | From David Rose to WRC and Clemmie Solomon pertaining to first quarter fiscal year 2007 invoice. | January 10, 2007 | No | |
| 82 | WRCA 02588-2589 | Memo | From Vantresse McMillan (Special OIG Agent) to Alfred Miller (Interim Assistant IG) regarding closing the Reuben-Cooke file based on the notion that Reuben-Cooke had been reassigned to a faculty position. | May 30, 2008 | No | |
| 83 | WRCA | Memo | Memo of interview with Shelley | May 6, 2008 | No | |

6

|    | 02606 |       | Broderick. |       |    |   |
|----|-------|-------|------------|-------|----|---|
| 84 | WRCA 02634-02638 | Form | Personnel Action form for WRC. | 2003 | No |   |
| 85 | WRCA 02662 | Memo | Memorandum of interview with Carlynn Fuller interview with Special Agent Hosenbackez. | April 8, 2008 | No |   |
| 86 | WRCA 02674-2759 | Audit | Audit of the Workforce Development Program at UDC by Charles Willoughby, Inspector General. | July 9, 2008 | No |   |
| 87 | WRCA 02762 | Letter | From IG Willoughby to Stanley Jackson confirming the start of a Workforce Development audit. | September 13, 2007 | No |   |
| 88 | WRCA 02766 | Letter | From Stanley Jackson to IG Willoughby requesting an audit of WDP. | September 7, 2007 | No |   |
| 89 | WRCA 03244, 3245, 3249 | Forms | Reprogramming Request Forms | Various | No |   |
| 90 | WRCA 03249A | Chart | Community Outreach and Extension Services Workforce Development FY 07 Budget vs. Expenditures Report. | 2007 | No |   |
| 91 | WRCA 03720, 03724, 03732, 03742-45 | Chart | Time and Attendance Report. | March 2008-June 2008 | No |   |
| 92 | WRCA 03883-3908 | Report | UDC financial statements and management's discussion and analysis. | September 30, 2007 and 2006 | No |   |
| 93 | WRCA 04841-4921 | Report | A15- OIG Audit of the WDP, Final Report. | July 9, 2008 | No |   |
| 94 | WRCA 05341-5356 | Report | Annual Report to the Board. | 2007 | No |   |
| 95 | WRCA 06205 | Email | From Sidwell to WRC regarding personnel actions. | May 12, 2006 | No |   |
| 96 | WRCA 06206 | Email | From Sidwell to Deborah Johnson pertaining to an expenditure report. | June 13, 2007-June 27, 2007 | No |   |
| 97 | WRCA 06212 | Email | From Sidwell to various individuals, including WRC, Prescott, and Wyche-Moore pertaining to final spring class | June 8, 2007 | No |   |

| | | | rosters and beginning summer rosters. | | | |
|---|---|---|---|---|---|---|
| 98 | WRCA 07007-07021 | Hearing/ Testimony | Public Oversight Hearing on UDC. Testimony of Stanley Jackson. | November 27, 2007 | No | |
| 99 | WRCA 07022-7029 | Routing Slip | UDC OCP: Procurement Actions. | 2005-2007 | No | |
| 100 | WRCA 07030-7035 | Fax | Contracting Officer's final decision. Purchase and Install of Modular Trailers- VOID. | November 6, 2007 | No | |
| 101 | WRCA 07036 | Memo | Watts to Jackson regarding Intelsat Lease. | June 12, 2007 | No | |
| 102 | WRCA 07727-7732 | CV | WRC's CV. | | No | |
| 103 | WRCA 09562-9576 | Report | Independent Auditor's Report on Internal Control Over Financial Reporting and on Compliance and Other matters Based on an Audit of Financial Statements Performed in Accordance with Government Auditing Standards. Note: Schedule of revenues, expenses, and changes in net assets is included therein. | February 2, 2007 | No | |
| 104 | WRCA 09991 | DVD/cd | Compilation disk of DC Council Hearings. This disk has five folders, each containing computer media files. The hearing dates correspond as follow:<br>Disk 1 = 3/13/07 Oversight Hearing<br>Disk 2 = 3/27/07 Budget Hearing<br>Disk 3 = 11/27/07 Public Hearing<br>Disk 4 = 4/11/08 Public Hearing<br>Disk 5 = 2/27/08 Oversight Hearing | 2007-2008 | No | |
| 105 | WRCA 10304-11196 | Briefing Book | <u>UDC Performance Oversight Hearing Briefing Book FY 2007-2008 Budget Stanley Jackson</u>. Includes President Jackson's Transmittal Letter (WRC A 10313), Vincent Gray's Letter (WRC A 10316), Questions & Responses (WRC A 10319), Testimony, and Attachments.<br><br>*2 Copies of January 2008 Performance Measures Report (WRC A 10325); Employee List + Salary* | February 15, 2008 | No | |

8

| | | | | | |
|---|---|---|---|---|---|
| | | | *(WRC A 10354); UDC List of Contracts for 07+08 (WRC A 10414); University Organizational Charts (WRC A 10517). The remaining documents deal namely with budget/grant and program analysis.* | | |
| 106 | WRCA 11200-11208 | Chart/Memo | Academic Affairs Organizational Charts. Memo from Reuben-Cooke to Vincent Gray pertaining to status update on the development of the UDC satellite campus at Woodson. | July 18, 2007 | No |
| 107 | WRCA 11209-11221 | Report | Provosts' Status Report to D.C. Council Chair Vincent Grayre: UDC Woodson High School Satellite Campus | July 18, 2008 | No |
| 108 | WRCA 11241-11243 | Resolution | University Senate Resolution pertaining to the Vote of No Confidence with regard to the leadership of Pollard and Reuben-Cooke. | 2007 | No |
| 109 | WRCA 11244-11246 | Memo | From UDC Faculty Senate to Acting President Jackson requesting adverse action against Provost | Sept. 14, 2007 | No |
| 110 | WRCA 11315-11333 | Power Point | UDC FY 2008 Budget Call: Understanding the different components of the university budget. Stanley Jackson and Barbara Jumper. | Undated | No |
| 111 | WRCA 11342 | Letter | From Jackson to Leslie Richards re: UDCFA/NEW grievance 07-G-06 and responsibility of Provost to consult per Sixth Master Agmt | | No |
| 112 | WRCA 13295-13304 | List | List of UDC Ratifications. | 2008 | No |
| 113 | WRCA 13308-13315 | Email | Emails from David Gragan (OCP) to other members of OCP, ODCA, COUNCIL, EOM, Jackson, Cabbell, Alston, Maryann Harris, Rosalia Rojas, Steven Greber, Jay Greene. | 2008 | No |
| 114 | WRCA 14759-14765 | Grievance | Jack Martinelli, Associate Professor. | January 9, 2007 | Yes |
| 115 | WRCA 14844-14846 | Grievance | UDC FA NEA | February 13, 2006 | Yes |

| 116 | WRCA 14835-14923 | Grievance | UDC FA NEA | October 3, 2006 | Yes | |
|---|---|---|---|---|---|---|
| 117 | WRCA 14867-14869 | Grievance | UDC FA NEA on behalf of the faculty. | October 3, 2006 | Yes | |
| 118 | WRCA 14872-14874 | Grievance | UDC FA NEA on behalf of the faculty. | August 24, 2006 | Yes | |
| 119 | WRCA 14915-14923 | Greivance | UDC FA NEA on behalf of the faculty | June 24, 2005 | Yes | |
| 120 | WRCA 14930-14939 | Grievance | UDC FA NEA | August 24, 2006 | Yes | |
| 121 | WRCA 15020-15023 | Grievance | UDC FA NEA | March 13, 2006 | Yes | |
| 122 | WRCA 15612-15644 | NCAA Report | UDC Public Infractions Report | October 29, 2008 | No | |
| 123 | SU 142, 150-151, 149, 148, 158, 159, 174-175, 172, 173, 165-166, 186, 185, 181, 182, 188, 189, 191 | Letters | Between officials at Syracuse University and WRC pertaining to her position. | 1993- 2003 | No | |
| 124 | | Summary Chart | Summary/compilation exhibit of Syracuse documents at Exhibit 122 | 1994 – 2003 | No | |
| 125 | | Email | Between Dyke, Jackson, Watts re: WRC's position as Provost | 12/04/2007 | Yes | |
| 126 | | Email | Between Barbara Jumper and Natalie Wilson re: potential publication by Bill Myers of unadjusted UDC financial data | 10/27/07 | No | |
| 127 | | | OMITTED | | | |
| 128 | | Power Point | UDC FY2008 Budget PowerPoint for Jackson/Jumper presentation | 11/02/2007 | No | |
| 129 | | Email | From Larry Daniels to WRC, et al. re: WDP roundtable meeting | 11/19/2007 | | |

**UDC Defendants' Amended List of Trial Exhibits – Attachment A to UDC Defendants' Pretrial Statement**

| 130 | | Email | From Michael Andrews to Stanley Jackson and others re: UDC-CFO Administrative Orders & Procurement Violations | 7/18/07 | No | |
| --- | --- | --- | --- | --- | --- | --- |
| 131 | | Email | From Encuhahre to Jackson, et al., attached to which were documents defining ratification, listing procurement violators, reflecting procurement policy, and forms | 7/18/07 | No | |
| 132 | | | Plaintiffs' Responses to Defendant Board of Trustees' First Set of Interrogatories | | No | |
| 133 | | | Plaintiffs' Responses to Defendant Examiner.com's First Set of Interrogatories | | No | |
| 134 | | | Any exhibit listed by any other party to which an objection is not sustained | | | |

11

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of April, 2009, I will electronically file the foregoing Defendants Board Of Trustees Of The University Of The District Of Columbia And Stanley Jackson Corrected Amended Pretrial Disclosures Pursuant To Fed. R. Civ. P. 26(A)(3), List Of Trial Witnesses, Stipulations, And List Of Trial Exhibits with the Clerk of Court using the CM/ECF system and thereby cause a Notification of Electronic Filing to be served upon the following filing users:

Elaine Charlson Bredehoft
ebredehoft@cbc-law.com
Carla D. Brown
cbrown@cbc-law.com
Brittany Sakata
bsakata@charlsonbredehoft.com
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia  20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Plaintiff,*
*Wilhelmina Reuben-Cooke*

Seth Berlin, Esq.
sberlin@lskslaw.com
John O'Keefe, Esq. iokeefe@lskslaw.com
Adam Rappaport, Esq. aappaport@lskslaw.com
Levine Sullivan Koch & Schulz, L.L.P.
1050 17th Street NW, Suite 800
Washington, DC 20036-5514
*Counsel for Defendants, EXAMINER. COM*
*Bill Myers and Jonetta Rose Barras*

and that I will serve the foregoing this 7th day of April, 2009, by first class mail, postage prepaid, upon:

Wilmer L. Johnson
3301 Beret Lane
Silver Spring, MD 20906

Johnnie A. Landon, Jr.
4401-A Connecticut Ave., NW, #286
Washington, DC 20008

Sydney Hall
1431 Iris Street, NW
Washington, DC 20012


/s/ Thomas L. Koger
Thomas L. Koger, VA Bar No. 40086
Thomas.Koger@dc.gov
Senior Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 727-4170  Telephone
(202) 741-5908  Facsimile

*Counsel for Defendants, Board of Trustees of the
University of the District of Columbia and
Stanley Jackson*