**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **WILHELMINA REUBEN-COOKE** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:08cv1102** |
| | ) | **Hon. Leone M. Brinkema** |
| **v.** | ) | **Hon. Ivan D. Davis** |
| **BOARD OF TRUSTEES OF THE** | ) | |
| **UNIVERSITY OF THE DISTRICT** | ) | |
| **OF COLUMBIA**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**OBJECTIONS OF DEFENDANTS BOARD OF TRUSTEES OF THE UNIVERSITY OF**
**THE DISTRICT OF COLUMBIA AND STANLEY JACKSON TO PLAINTIFF'S**
**PROFFERED TRIAL WITNESES AND EXHIBITS**

Defendants Board of Trustees of the University of the District of Columbia  and Stanley

Jackson (collectively, "UDC Defendants"), by and through counsel, respectfully object to

Plaintiffs' proffered trial witnesses and exhibits as follows:

**Objections to Witnesses**

UDC Defendants object to the following witnesses proeffred by Plaintiff on the grounds

that they were not disclosed during discovery:

Melanie Anderson

Janice Borlandoe

Patricia Myers

William Myers

Antonio Noel

Ernesto Pendleton

John Slack

## Objections to Exhibits

The objections to proffered exhibits by defendants Board of Trustees of the University of the District of Columbia ("Board"), and Stanley Jackson, by and through counsel, on the grounds that an is irrelevant or immaterial are made pursuant to Fed. R. Evid. 401 and 402, and reflected in the attached table within the column headed "402." Defendants' objections on the grounds that an exhibit's probative value is substantially outweighed by the danger of unfair prejudice, confusion f the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence are made pursuant to Fed. R Evid. 403, and reflected in the attached table within the column headed "403." Defendants' objections on the grounds that an exhibit constitutes inadmissible hearsay are made pursuant to Fed. R Evid. 802, and reflected in the attached table within the column headed "802." Defendants' objections on the grounds that an exhibit lacks adequate authentication or identification are made pursuant to Fed. R Evid. 901, and reflected in the attached table within the column headed "901."

Defendants include their objections to exhibits that were proffered by the Emainer.com Defendants, who have since been dismissed from this case, on the basis that Plaintiff's list of exhibits submitted herein provides that Plaintiff may introduce "[a]ny exhibit(s) identified by Defendants Board of Trustees of the University of the District of Columbia, Stanley Jackson, Examiner.com, Jonetta Rose Barras, Bill Myers, Sydney O. Hall, Wilmer L. Johnson and/or Johnnie A. Landon, Jr. in their Pretrial Disclosures, and not objected to by the Plaintiff."

/s/: Thomas L. Koger
Thomas L. Koger, VA Bar No. 40086
Thomas.Koger@dc.gov
Office of the Attorney General
  for the District of Columbia
Senior Assistant Attorney General
Equity I Section

441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 727-4128  Telephone
(202) 727-3625  Facsimile

*Counsel for Defendants, Board of Trustees of the
University of the District of Columbia and Stanley
Jackson*

[**From Plaintiff's Amended List of Trial Exhibits**]

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 1 | WRC CV | | | | X | | |
| 2 | From William Pollard to WRC. | X | | | | | |
| 3 | UDC Workforce Development Program Organizational Chart. | X | | | | | |
| 4 | *The Role of the University of the District of Columbia in Workforce Development in the District of Columbia: A Policy Paper.* | X | | | | | |
| 5 | Workforce Development Initiative Policies and Procedures Committee. | X | | | | | |
| 6 | UDC Workforce Development Initiative Satellite Programs. | X | | | | | |
| 7 | COES Workforce Development Programs and Courses. | X | | | | | |
| 8 | The University of the District of Columbia. | X | | | | | |
| 9 | Request for Applications- Office of the Provost and Vice President for Academic Affairs; Title: Workforce Development and Community College Feasibility Study. | X | | | | | |
| 10 | To WRC from Rachel M. Petty regarding withdrawal of the Health and Physical Education Program. | | X | | | | |
| 11 | To WRC from Sydney O. Hall, Wilmer L. Johnson, and John Slack regarding concerns from the Meeting to Correct and Reinstate the Health Education Program. | X | | | | | |
| 12 | To Sydney Hall, Wilmer Johnson, and John Slack from WRC. RE: Meeting on Reinstatement of Health Education Program for SEO. | X | | | | | |
| 13 | From Sydney Hall to WRC regarding removal of the Health and Physical Education Program. | X | | | | | |
| 14 | From WRC to Sydney Hall regarding Health and Physical Education Program and Selection. | X | | | | | |
| 15 | From Johnnie Landon to Patricia Myers (cc to William Pollard). | X | | | | | |
| 16 | Provost Meeting with the President | | X | X | X | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 17 | University of the District of Columbia, Summer Term Faculty Appointment re: Sydney Hall. | | X | | | | |
| 18 | University of the District of Columbia Adjunct Faculty Appointment re: Sydney Hall. | | X | | | | |
| 19 | From Rolin Sidwell to WRC re: Use Agreement. | X | | | | | |
| 20 | UDC Workforce Development Initiative Pilot Satellite Programs. | X | | | | | |
| | | | | | | | |
| 21 | From Sydney Hall to William Pollard re: Health and Physical Education Program. | X | | | | | |
| 22 | From Sydney Hall to William Pollard re: Misconduct in Withdrawal of Health and Physical Education Program. | X | | | | | |
| 23 | From Sydney Hall, Wilmer Johnson, and John Slack to William Pollard re: Terms of Agreement at Meeting of April 24, 2006. | X | | | | | |
| 24 | To Dr. Pollard. | | | X | | X | |
| 25 | From Rolin Sidwell to WRC re: Program Staffing | | | | X | | |
| 26 | From Sydney Hall to William Pollard. | | | | X | | |
| 27 | From Yvette Cobb to Duane Jones re: MOU for UDC @ PR Harris, including a letter sent to Johnnie Landon from Veronica Falwell. | X | | | | | |
| 28 | Provost Meeting with the President on Workforce Development. | X | | | | | |
| 29 | Interoffice memo from Dr. Bobby Austin to Academic Affairs Committee, UDC re: UDC Senate Ad Hoc Investigative Committee Report. | X | | | | | |
| 30 | From William Pollard to Stanley Jackson offering an Executive Appointment as Senior Vice President and Chief of Staff at UDC. | X | | | | | |
| 31 | UDC Workforce Development Initiative Woodson Satellite Program Plan for School Year 2007-2008. | | | | X | | |
| 32 | From Sydney Hall to William Pollard re: Meeting on Friday, January 12, 2007. | X | | | | | |
| 33 | Provost Meeting with the President. | | X | | | | |
| 34 | From Sydney Hall to William Pollard re: Health and Physical Education Program. | X | | | | | |
| 35 | Provost Meeting with the President. | X | | | | | |
| 36 | From Sydney Hall and Wilmer Johnson to William Pollard. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 37 | UDC Workforce Development Initiative Woodson Satellite Program Plan for School Year 2007-2008. | | | | X | | |
| 38 | Provost Meeting with the President. | X | | | | | |
| 39 | From Sydney Hall to WRC re: University Senate Action sent for Disposition and Resolutions re: UDC/NOVA Initiative. | | | | X | | |
| 40 | Meeting with Stan Jackson on Workforce Development. | | X | X | | X | |
| 41 | Provost Meeting with the President. | | X | | | X | |
| 42 | Provost Meeting with the Senior Vice President. | | X | | | X | |
| 43 | University Senate, UDC Senate Resolution re: a vote of no confidence in William Pollard, President, and WRC, Provost and VP for Academic Affairs. | X | | | | | |
| 44 | Academic Affairs Request to Use a Portion of FY 2007 Lapsed Funding. | | X | X | | X | |
| 45 | UDC, Reinvention of an Urban Institution, *Highlights of the Administration of William L. Pollard, PhD.* | | X | X | X | | |
| 46 | Provost Meeting with the Senior Vice President. | | X | | | X | |
| 47 | From William Pollard to Stanley Jackson. | X | | | | | |
| 48 | From WRC to William Pollard re: Transition and Provost Sabbatical. | | X | | | | |
| 49 | From James Dyke to Stanley Jackson. | X | | | | | |
| 50 | Meeting with the President. | | X | | | | |
| 51 | Personnel Action (pay adjustment) re: Stanley Jackson. | X | | | | | |
| 52 | Personnel Action (reassignment) re: Stanley Jackson. | X | | | | | |
| 53 | From WRC to Stanley Jackson re: Faculty Professional Development Day. | | X | | | | |
| 54 | From Stanley Jackson to Charles J. Willoughby requesting an audit of the Workforce Development Program. | X | | | | | |
| 55 | From Charles J. Willoughby to Stanley Jackson. | X | | | | | |
| 56 | From Sydney Hall to Stanley Jackson re: initiation of adverse action proceedings against WRC. | | X | X | | | |
| 57 | Between Stanley Jackson, WRC, and Carlynn Fuller re: meeting SEAS issues and Dean. | X | | | | | |
| 58 | Data Verification Form 2004 Cohort. | X | | | | | |
| 59 | Examiner.com, by Bill Myers. | | | | X | | |
| 60 | Examiner.com, by Bill Myers. | | | | X | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 61 | Examiner.com, by Jonetta Rose Barras. | | | | X | | |
| 62 | Examiner.com, by Bill Myers. | | | | X | | |
| 63 | To WRC from glenarvon2007@yahoo.com, commenting on Examiner.com articles. | | X | X | | | |
| 64 | To WRC from glenarvon2007@yahoo.com, commenting on Examiner.com articles. | | X | X | | | |
| 65 | Between WRC, Sandra Yates, Patricia Myers, and Herman Prescott II re: daily press clips provided to Board of Trustees. | X | | | | | |
| 66 | Between David Watts, WRC, and Stanley Jackson re: proceeding. | | | | X | | |
| 67 | From Barbara Jumper to Shirley Jones, Special Pay Officer, re: reversal of pay for WRC. | | X | | | | |
| 68 | Grant Notification Award, U.S. Department of Education. | X | | | | | |
| 69 | From Ernesta P. Pendleton, Ed.D. to James Gladden, Program Officer, re: available balances. | X | | | | | |
| 70 | From Ernesta P. Pendleton, Ed.D. to James Gladden, Program Officer, re: available balances. | X | | | | | |
| 71 | (of WRC) to Certain Statements of Jonetta Rose Barras re: The Workforce Development Program. | | X | | | | |
| 72 | From Stanley Jackson to WRC terminating her appointment as Provost and Vice President, Academic Affairs. | X | | | | | |
| 73 | Annual Report to the Board, Workforce Development & Continuing Education. | X | | | | | |
| 74 | From Charles Willoughby to Stanley Jackson attaching draft report summarizing the results of the Office of the Inspector General's Audit of the Workforce Development Program. | X | | | | | |
| 75 | From Stanley Jackson to Charles Willoughby attaching response to the draft report of the Audit of the Workforce Development Program. | X | | | | | |
| 76 | Audit of the Workforce Development Program, UDC. | X | | | | | |
| 77 | UDC Financial Statements and Management Discussion and Analysis. | | X | | | | |
| 78 | UDC The University Annual Report. | | X | | | | |
| 79 | UDC Financial Statements and Management Discussion and Analysis. | X | | | | | |
| 80 | Notice of Continuing faculty appointment to Sydney Hall. | | X | | | | |
| 81 | Notice of continuing faculty appointment to WRC. | | X | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 82 | Request for Personnel Action re: Johnnie Landon. | | X | | | | |
| 83 | List of UDC employees earning over $100K, from oversight hearing. | | X | | | | |
| 84 | 2007 and 2008 W-2's for WRC. | X | | | | | |
| 85 | From D.C. City Council Hearing. | X | | | | | |
| 86 | From D.C. City Council Hearing. | X | | | | | |
| 87 | From D.C. City Council Hearing. | X | | | | | |
| 88 | From D.C. City Council Hearing. | X | | | | | |
| 89 | From D.C. City Council Hearing. | X | | | | | |
| 90 | From C.O.W. Public Hearing of the Council of D.C. | X | | | | | |
| 91 | Defendant Board of Trustees of UDC's Objections and Responses to Plaintiff's First Set of Interrogatories to Defendant Board of Trustees of UDC. | X | | | | | |
| 92 | Defendant Stanley Jackson's Objections and Responses to Plaintiff's First Set of Interrogatories to Defendant Stanley Jackson. | X | | | | | |
| 93 | Defendant EXAMINER.COM's Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents. | X | | | | | |
| 94 | Defendant Jonetta Rose Barras' Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents. | X | | | | | |
| 95 | Defendant Bill Myers' Responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents. | X | | | | | |
| 96 | Defendant Board of Trustees of UDC's Objections and Responses to Plaintiff's Second Request for Production of Documents to Defendant Board of Trustees of UDC. | X | | | | | |
| 97 | Defendant Jonetta Rose Barras' Supplemental Responses to Plaintiff's First Set of Interrogatories. | X | | | | | |
| 98 | Defendant Bill Myers' Supplemental Responses to Plaintiff's First Set of Interrogatories. | X | | | | | |
| 99 | Any exhibit(s) identified by Defendants Board of Trustees of UDC, Stanley Jackson, Examiner.com, Jonetta Rose Barras, Bill Myers, Sydney Hall, Wilmer Johnson, and/or Johnnie Landon in their Pretrial Disclosures, and not objected to by the Plaintiff. | | | | | | |

**[From Examiner.com's Amended List of Trial Exhibits]** [†] **Emails listed herein are identified by the top exchange on the printed page; the exhibits also include the chain below, if any.**

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 1 | To Stanley Jackson from Sydney Hall re: "Initiation of Adverse Action Proceedings against WRC for engaging in Behavior Unfitting to the Position of Provost/VP for AA." | X | | | | | |
| 2 | To Stanley Jackson from Sydney Hall re: "Initiation of Adverse Action Proceedings against WRC for engaging in Behavior Unfitting to the Position of Provost/VP for AA." | X | | | | | |
| 3 | From Members, University Senate Steering Committee to Adrian Fenty, Mayor, District of Columbia re: request to terminate the employment of "all executive level appointments made by William L. Pollard." | X | | | | | |
| 4 | From members, University Senate Steering Committee to Adrian Fenty, Mayor, D.C. re: request to terminate the employment of "all executive level appointments made by William Pollard." | X | | | | | |
| 5 | From Rosebook1@aol.com to bmyers@dcexaminer.com, subject: "UDC finances." [†] | | X | | | | |
| 6 | Email (with attachments) from rosebook1@aol.com to Maryann.young@dc.gov, subject: UDC finances. | | X | | | | |
| 7 | Email from Maryann young to Barbara Jumper, subject: UDC finances. | | X | | | | |
| 8 | From Herman Prescott II to Earl Cabbell and Barbara Jumper, cc: WRC and hsprescott@cox.net, subject: "Revised draft response to questions on UDC Finances" with attachment: Responses to questions on UDC finances. | | X | | | | |
| 9 | From Maryann Young to Barbara Jumper, subject: "FW: just a couple more UDC things." | X | | | | | |
| 10 | Email from Rosebook1@aol.com to bmyers@dcexaminer.com, subject: "Fwd: attachment V". | X | | | | | |
| 11 | From Rosebook1@aol.com to bmyers@dcexaminer.com, subject: "Fwd: attachment VI". | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 12 | From Maryann Young to Lucille Dickinson and Barbara Jumper, cc: Angell Jacobs, Natalie Wilson, subject: "Update RE: Jonetta Rose Barras needed info". | | X | | | | |
| 13 | From Natalie Wilson to Barbara Jumper, cc: Lucille Dickinson and Maryann Young, subject: "RE: Request for Information Re: UDC." | X | | | | | |
| 14 | Examiner.com article "UDC to return $18M in unused funds to District." | | | | X | | |
| 15 | From Bill Myers to WRC, cc: Rosebook1@aol.com, subject: "Myers: Reporter's Query." | | X | | | | |
| 16 | Between Kristin Mannion and James Dyke and between James Dyke and Stanley Jackson, subject: "Daily Press Clips- Monday, October 22, 2007- Provided to Board of Trustees for Information." | X | | | | | |
| 17 | From Bill Myers to WRC, subject: "Myers: Following up . . ." | | X | | | | |
| 18 | From Natalie Wilson to Barbara Jumper, cc: Lucille Dickinson, Angell Jacobs, Ernest Grant, Pamela Madison, subject: "RE: Request for Information Re: UDC". | | X | | | | |
| 19 | From Natwar Gandhi to Barbara Jumper, subject: "FW: Myers: UDC Story . . ." | | X | | | | |
| 20 | From Natalie Wilson to Barbara Jumper, subject: "Myers: UDC Story . . ." | X | | | | | |
| 21 | Composite exhibit: various email of WRC. | | X | | | | |
| 22 | Examiner.com article "Source: Top UDC official mishandled millions." | | | | X | | |
| 23 | From Barbara Jumper to Connie M. Webster cc: Earl Cabell, subject: "Myers: UDC Story . . ." | | X | | | | |
| 24 | From WRC to Lreuben@aol.com, reubenjs@umich.edu, and Jayne Reuben, subject: "FW: Daily Press Clips- Wednesday, October 24, 2007- Provided to Board of Trustees for Information." | | X | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 25 | From WRC to Sandra Yates and Patricia Myers, cc: Herman Prescott, subject: "FW: Daily Press Clips- Wednesday, October 24, 2007- Provided to Board of Trustees for Information." | | X | | | | Duplicative |
| 26 | Exchange between Patricia Myers, WRC, and Sandra Yates: "Daily Press Clips- Wednesday, October 24, 2007- Provided to Board of Trustees for Information." | | X | | | | |
| 27 | Examiner.com column "The University of D.C. is ripe for reform." | | | | X | | |
| 28 | From Stanley Jackson to Carlynn Fuller, subject: "FW:" with attachment: "Draft #1- UDC Op-Ed October 25, 2007" and "Draft #2- UDC Press Release (Not for Release) October 25, 2007." | X | | | | | |
| 29 | Audio recording of interview with Stanley Jackson and James Dyke by Bill Myers and Jonetta Rose Barras. | X | | | | | |
| 30 | Examiner.com article "UDC leaders request staff shake-up." | | | | X | | |
| 31 | From Herman Prescott to WRC, subject: Examiner Article Response, with a draft (memo) attached. | X | | | | | |
| 32 | From WRC to edcooke@mintz.com and edcookejr@aol.com, subject: "FW: Examiner Article Response." | X | | | | | |
| 33 | From WRC to reubencooke@cox.net, subject: "FW: UDC Press Release 007-52- Statement from Stanley Jackson, Acting President of the University of the District of Columbia." | X | | | | | |
| 34 | From glenarvon2007@yahoo.com to WRC, no subject line. | | X | X | | | |
| 35 | From Sydney Hall to James Dyke, cc: Sydney Hall and Wilmer Johnson, subject: "FW: Provost, Vice President Academic Affairs" with attachment: University Senate Letter Stanley Jackson January 28, 2008 (2).doc. | | X | | X | | |
| 36 | From WRC to Elaine Bredehoft, subject: "FW: Daily Press Clips- Tuesday, October 23, 2007- Provided to Board of Trustees for Information." | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 37 | From WRC to Elaine Bredehoft, subject: "FW: UDC Press Release 007-52- Statement from Stanley Jackson, Acting President of UDC" with attachment: Statement from Stanley Jackson. | X | | | | | |
| 38 | From WRC to Elaine Bredehoft, subject: "FW: Daily Press Clips- October 25029, 2007- Provided to Board of Trustees for Information." | X | | | | | |
| 39* | Bill Myers' handwritten notes. | | X | | | | |
| 40* | Jonetta Rose Barras' handwritten notes. | | X | | | | |
| 41 | Article ID Report. | | X | | | | |
| 42* | Power Point- UDC FY 2008 Budget Call Proposal; Objective: Understanding the Components of the Budget Who, What, Where, When, Why and How. | X | | | | | |
| 43 | Requests for Personnel Action. | | X | | | | |
| 44 | From Pollard to WRC, subject: "Use of FY 2006 Workforce Funding for University Relations." | X | | | | | |
| 45 | From Rolin Sidwell to Deborah Johnson, cc: WRC and Herman Prescott, subject: Personnel Actions. | X | | | | | |
| 46 | Agreement between UDC and Friendship Collegiate Academy. | X | | | | | |
| 47 | To WRC from Rolin Sidwell, subject: Program Staffing | X | | | | | |
| 48 | To WRC from Rolin Sidwell, subject: Workforce Development Initiative Budget. | X | | | | | |
| 49 | Organization Chart for the Workforce Development Program. | X | | | | | |
| 50 | Composite Exhibit: Reprogramming Request Forms for Workforce Development Program. | X | | | | | |
| 51 | Exchange between Malcolm Barnes and Gloria Wyche-Moore re: "Scope of Work Contract- Malcolm Barnes." | X | | | | | |
| 52 | Composite exhibit: Forms entitled "Request for Personnel Action" signed and approved by WRC. | | X | | | | |
| 53 | D.C. Public Schools Application to Use Facilities. | X | | | | | |
| 54 | Contract by and between UDC and Intelligent Information Technology Solutions, LLC. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 55 | Invoice Nos. 297, 2/301, 3/302, 4/303 re: Contract No. PO221317, Project Manager II. | X | | | | | |
| 56 | To Gloria Wyche-Moore From Quinten J. Washington, CCM re: "Estimate of Improvements at P.R. Harris Learning Center. | X | | | | | |
| 57 | Requisition No. RQ365520. | X | | | | | |
| 58 | From Rolin Sidwell to Deborah Johnson, subject "Expenditure Report." | X | | | | | |
| 59 | From Stanley Jackson to Charles Willoughby re: request to have the Office of the Inspector General conduct an audit of the Workforce Development Program. | X | | | | | |
| 60 | Memo of Understanding for Intra-District Funding. | X | | | | | |
| 61 | Handwritten notes regarding University Satellite Centers. | X | | | | | |
| 62 | Meeting Summary: "UDC Workforce Development Initiative Satellite Program Planning Meeting." | X | | | | | |
| 63 | From Charles Willoughby to Stanley Jackson regarding audit of UDC Workforce Development Program. | X | | | | | |
| 64 | Audit of the Workforce Development Program, "to document the concerns expressed by UDC officials concerning their request for audit of UDC's WDP . . . ." | X | | | | | |
| 65 | Audit of the Workforce Development Program (Interview with Mr. Shields, the budget officer at UDC). | X | | | | | |
| 66 | Audit of the Workforce Development Program (Interview with Rolin Sidwell). | X | | | | | |
| 67 | Audit of the Workforce Development Program (Interview with Terry Prescott). | X | | | | | |
| 68 | Audit of the Workforce Development Program (Interview with Mary Ann Harris). | X | | | | | |
| 69 | Audit of the Workforce Development Program (Interview with Program Coordinators at the Workforce Development Program). | X | | | | | |
| 70 | From Malcolm Barnes to Gloria Wyche-Moor re: "Final Report on Contract Number PODS-2004-C-920-90." | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 71 | Email from Earl Cabbell to Gloria Wyche-Moore and Leroy Shields; CC: Barbara Jumper, Earl Cabbell, Stanley Jackson, subject: "FW: UDC finances." | | X | | | | |
| 72 | Audit of Workforce Dev. Prog. (Interview with Rolin Sidwell). | X | | | | | |
| 73 | Audit of the Workforce Development Program (Interview with Mrs. Deborah [Johnson]). | X | | | | | |
| 74 | Audit of the Workforce Development Program, "to document the excessive costs in the childcare service provided at P.R. Harris" (Temple of Praise). | X | | | | | |
| 75 | Audit of the Workforce Development Program (Interview with Deborah Johnson). | X | | | | | |
| 76 | From Herman Prescott to gwychemo@udc.edu, subject: "Workforce hearings." | X | | | | | |
| 77 | Email from Larry Daniels to WRC, Mike Jacks, Janice Borlandoe, Kevin Naiker, Connie Spinner, Laverne Hill-Flanagan, Wynette Wilkins, Charles Smith, Saundra Carter, Patricia Boulware, Leroy Shields, Joyce Holloway, April Massey, Gloria Wyche-Moore, and Dwayne Jones Sr. with cc: Stanley Jackson, Earl Cabbell, Carlynn Fuller, Barbara Jumper and michelle.jones@dc.gov, subject: Workforce Development. | X | | | | | |
| 78 | From Earl Cabbell to Stanley Jackson, David Watts, Carlynn Fuller, cc: Barbara Jumper, larryh.daniels@dc.gov, subject: "FW: OIG Auditors Status Briefing Memo" with attachment: Status Briefing Meeting with OIG Auditors. | X | | | | | |
| 79 | From Earl Cabbell to Stanley Jackson, subject: "Examiner." | X | | | | | |
| 80 | Audit of the Workforce Development Program, "to document the course syllabus for the Home Health Aide Course . . ." [Source: Dr. Sidwell]. | X | | | | | |
| 81 | Audit of the Workforce Development Program (Interview of Barbara Jumper). | X | | | | | |
| 82 | Audit of the Workforce Development Program (Interview of Barbara Jumper). | X | | | | | |
| 83 | Audit of the Workforce Development Program (Meeting with Leroy Shields). | X | | | | | |
| 84 | Community Outreach and Extension Services Workforce Development FY-07 Budget v. Expenditures Report. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 85 | UDC Workforce Development (Purchase orders). | X | | | | | |
| 86 | From Andree Chan-Mann to Barbara Jumper, cc: Wynette Wilkins, subject: "RE: OIG Audit of the WDP." | X | | | | | |
| 87 | From Stanley Jackson to Earl Cabbell and Carlynn Fuller, subject: "RE: WFD Overview 1-2-08." | X | | | | | |
| 88 | Audit of the Workforce Development Program (Meeting with Bobby Austin). | X | | | | | |
| 89 | Audit of the Workforce Development Program, interview with Margaret Slaughter. | X | | | | | |
| 90 | Audit of the Workforce Development Program (Interview with Veronica Brown). | X | | | | | |
| 91 | Audit of the Workforce Development Program (Interview of Dr. Sidwell). | X | | | | | |
| 92 | Audit of the Workforce Development Program (Interview with Claydia Paldwin and Malinda Green). | X | | | | | |
| 93 | Audit of the Workforce Development Program (Interview of Dr. Wyche-Moore.) | X | | | | | |
| 94 | Audit of the Workforce Development Program (Interview with Dwayne Jones). | X | | | | | |
| 95 | Audit of the Workforce Development Program, "to document files received from Rolin Sidwell." | X | | | | | |
| 96* | Government of D.C. Office of the Inspector General Audit of the Workforce Development Program UDC. | X | | | | | |
| 97 | Audit of the Workforce Development Program- Purchase orders. | X | | | | | |
| 98 | Internet home page of Rich Escape Music. | | X | | | | |
| 99 | Internet home page of Urban Nation, Inc. | | X | | | | |
| 100 | Memo from Joan Levermore to E. Pendleton, subject: FY 2006 "Title III Strengthening HBCU's"- Grant Award and Budget Allocations. | | X | | | | |
| 101 | To Joan Levermore, thru Joseph L. Brooks, Jr. From Vivian E. Brown re: Carryover 901ority-Title III 6F7200 Phases 01, 02, 03, 04, 05. | | X | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 102 | Letter from Ernesta Pendleton to James Gladden with cc: WRC. | | X | | | | |
| 103 | To Ernesta Pendleton, From Joan Levermore, re: FY 2006 (FY 2005 Carryover) Strengthening HBCU Title III Grant No. (6F7200/05). | | X | | | | |
| 104 | From Vivian Brown to Joan Levermore, re: "Carryover 901ority- Title III 657200 Phases 01, 02, 03, 04, 05, 06." | X | | | | | |
| 105 | From Ernesta Pendleton to James Gladden, cc: WRC. | X | | | | | |
| 106 | From Ernesta Pendleton to James Gladden, cc: WRC (with attachments). | X | | | | | |
| 107 | Chain among David Watts, Earl Cabbell, Carlynn Fuller, Stanley Jackson, Charlotte Keys, Myles Mutnick re: "confidential." | X | | | | | |
| 108 | Guide to U.S. Department of Education Programs, pages 95-96. | X | | | | | |
| 109 | Title III allocations to UDC. | X | | | | | |
| 110 | Application for DC Teaching Institute Program (DC TIP). | X | | | | | |
| 111 | U.S. Department of Education Grant Performance Report Cover Sheet. | X | | | | | |
| 112 | From Patricia Myers to WRC; subject: "Transition to Teaching" with attachment: "Issues to Address in DC SOE Grant Transfer." | X | | | | | |
| 113 | Application for Federal Education Assistance [Transition to Teaching]. | X | | | | | |
| 114 | From WRC to Thelma Leenhouts, Ph.D., re: UDC accepting the award of Transition to Teaching Grant. | X | | | | | |
| 115 | Spreadsheet prepared by Vivian Brown: "Transition to Teaching Program- Statewide . . . Project Period: 10/01/04-09/30/05) [FY 2006 Payroll Reconciliation.xls]. | X | | | | | |
| 116 | Spreadsheet prepared by Leona Douglas: "Transition to Teaching Program- Statewide . . . Project Period: 10/01/04- 09/30/05" [FY 2006 Payroll Reconciliation.xls" | X | | | | | |
| 117 | Spreadsheet prepared by Leona Douglas: Transition to Teaching Program FY 2007 Payroll Reconciliation. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 118 | From Sandra Yates to jbrooks@udc.edu and Myles Mutnick, subject: "Memo of Understanding w/ DCPS Paraprofessional Program." | X | | | | | |
| 119 | Tables: Computations for Research/Training Compensation. | X | | | | | |
| 120 | From Sandra Yates to WRC, re: "Transition to Teaching Grant." | X | | | | | |
| 121 | From Sandra Yates to WRC and Rachel Petty, subject: "US Department of Education Grant- Transition to Teaching." | X | | | | | |
| 122 | From Vijaya Melnick to WRC, subject: RE: Research Grant Policy as Salary Overload" (plus attachment). | X | | | | | |
| 123 | From WRC to William Pollard regarding "US Department of Education Grant- Transition Teaching." | X | | | | | |
| 124 | From WRC to Sandra Yates and Rachel Petty, cc: myers9628@aol.com, subject: "RE:RE: US Department of Education Grant- Transition to Teaching." | X | | | | | |
| 125 | Transition to Teaching Program, Budget v. Expenditures FY 2006 thru 09/30/06 (tentative); Project Director: Dr. Patricia Myers. | X | | | | | |
| 126 | Transition to Teaching Program Budget vs. Expenditures 09/30/06 (month 13). | | X | | | | |
| 127 | Prepared by Leona Douglas: Transition to Teaching Program- Statewide Project Period: 10/01/05- 09/30/06 [FY 2006 Payroll Reconciliation.xls]. | | X | | | | |
| 128 | From John Levermore to Patricia Myers, cc: Sandra Yates, William Pollard, Myles Mutnick, subject: "RE: Reports for Transition to Teaching Grant." | X | | | | | |
| 129 | From Rachel Petty to Sandra Yates and WRC, subject: "Meeting to Discuss Transition to Teaching Program." | | X | | | | |
| 130 | From Patricia Myers to Thelma Leenhouts, cc: Sandra Yates, Joan Levermore, and Patricia Myers, subject: "Annual Performance Report Update" with attachment: UDC Annual Report Data- Years 1-2—10/01/04-09/20/06. | | X | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 131 | Email from Myers9628@aol.com to DKumWalks@aol.com, subject: "Response to IUS Regarding Final Report Regarding TTT 2006." | X | | | | | |
| 132 | Email from DKumWalks@aol.com to Myers9628@aol.com, subject: "Response to IUS Regarding Final Report Regarding TTT 2006." | X | | | | | |
| 133 | From WRC to Sandra Yates, cc: Patricia Myers, subject: "RE: Transition Grant." | | X | | | | |
| 134 | From Sandra Yates to Herman Prescott II, subject: "Status of Faculty on grants." | X | | | | | |
| 135 | U.S. Department of Education, Grant Performance Cover Sheet and related documents. | X | | | | | |
| 136 | Letter from Patricia Myers to Thelma Leenhouts. | X | | | | | |
| 137 | Spreadsheet related to Transition to Teaching Grant. | | X | | | | |
| 138 | From Patricia Myers to Thelma Leenhouts, subject: "RE: Status Report." | | X | | | | |
| 139 | U.S. Department of Education, Grant Performance Cover Sheet and Xrelated documents. | | X | | | | |
| 140 | From Patricia Myers to Thelma Leenhouts, cc: Sandra Yates, subject: "RE: TTT APR." | | X | | | | |
| 141 | Email from Carolyn Dempster to pmmyers@udc.edu, syates@udc.edu, cc: Thelma Leenhouts, subject: "Correction: TTT Data Verification- Response Required by Thursday, October 2, 2008- UDC U050B040024." | | X | | | | |
| 142 | Transition to Teaching Program, Grant # 6F9F00, Index #320Y6, Budget period) 10/01/07- 09/30/08. | X | | | | | |
| 143 | Transition to Teaching Program, Budget Period: 10/01/07- 09/30/08 (Carryover). | X | | | | | |
| 144 | Transition to Teaching Program, Grant #6F9F00 07, Index #320Y7, Budget period: 10/01/07- 09/30/08. | X | | | | | |
| 145 | WRC resume. | | X | | | | |
| 146 | WRC resume. | | X | | | | |
| 147 | "Provost and VP, AA." | X | | | | | |
| 148 | Composite exhibit: Documents related to WRC's requests for leave from Syracuse University. | X | | | | | |
| 149 | UDC VP for AA [job announcement]. | | X | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|------|-------------|--------|-----|-----|-----|-----|-------|
| 150 | To WRC from Pollard re: "Executive Appointment as Provost and VP for AA." | X | | | | | |
| 151 | Memorandum from Dr. William Pollard to Members of the Board of Trustees, subject: "Appointment of Dr. Wilhelmina Reuben-Cooke, Provost and VP, Academic Affairs." | X | | | | | |
| 152 | Letter to Wilhelmina Reuben-Cooke from William Pollard, re: "Executive Appointment as Provost and Vice President for Academic Affairs" – Amended Copy. | X | | | | | |
| 153 | Correspondence from Cecily E. Collier-Montgomery to Edmund D. Cook, Jr. regarding: complaint of hiring Wilhelmina Reuben-Cooke –violation of Standard of Conduct. | X | | | | | |
| 154 | Office of Campaign Finance D.C. Board of Elections and Ethics -- Order concerning the hiring of Wilhelmina Reuben-Cooke. | X | | | | | |
| 155 | Email from Wilhelmina Reuben-Cooke to Johnnie Landon, Michael Andrews, and William Pollard, subject: "Journal of Blacks in Higher Education Rebuttal." | | X | | | | |
| 156 | Wilhelmina Reuben-Cooke Application for Leave-for "Meetings, events at Syracuse University." | X | | | | | |
| 157 | Letter from Sydney O. Hall to Dr. William L. Pollard, cc: Members, University Senate Steering Committee regarding the withdrawal of the Health and Physical Education Program from the State (DCPS) and NCATE accreditation-review process on May 27, 2004. | | X | | | | |
| 158 | Memorandum from Sydney O. Hall to Dr. William L. Pollard, subject: "Meeting of Friday, January 12, 2007." | X | | | | | |
| 159 | Email from Sydney Hall to James Dyke, cc: Sydney Hall, Wilmer Johnson, subject: "FW: Procedures to address wrongdoings by at will employees" with attachment: Pollard Letter January 13 2007 2.doc. | X | | | | | |
| 160* | UDC Senate Resolution: A vote of no confidence in William L. Pollard, President, and Wilhelmina Reuben-Cooke, Provost and Vice President for Academic Affairs. | | X | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 161 | Email from Wilhelmina Reuben-Cooke to William Pollard, subject: "Transition and Provost Sabbatical." | X | | | | | |
| 162 | Email from David Watts to Wilhelmina Reuben-Cooke, subject: "Re: Proceeding." | X | | | | | |
| 163 | Email chain from Stanley Jackson to David Watts and James Dyke, subject: "Provost." | X | | | | | |
| 165 | Office of The Inspector General Office of Investigations Memorandum of Interview of Carlynn Fuller on 04/08/08 | | X | | | | |
| 166 | Email from Austin Anderson to Alfred Miller, cc: Charles Willoughby and Karen Branson, subject: "UDC T&A Fraud Allegation." | | X | | | | |
| 167 | Update complaint memorandum forms regarding Wilhelmina Reuben-Cooke. | | X | | | | |
| 168 | Office of The Inspector General Office of Investigations Memorandum of Interview of Barbara Jumper on 04/30/2008. | | X | | | | |
| 169 | Correspondence from Vantresse McMillan, Thru Shelley Elliot, to Alfred Miller regarding: "Administrative Closure-2008-0307 University of the District of Columbia." | X | | | | | |
| 170 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (Leslie Richards). | X | | | | | |
| 171 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA Faculty Association). | X | | | | | |
| 172 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA, on behalf of all faculty). | X | | | | | |
| 173 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA). | X | | | | | |
| 174 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA). | X | | | | | |
| 175 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA). | X | | | | | |
| 176 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA, on behalf of all faculty). | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 177 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA, on behalf of all faculty). | X | | | | | |
| 178 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA, on behalf of all faculty). | X | | | | | |
| 179 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA, on behalf of all faculty). | X | | | | | |
| 180 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (UDC FA NEA, on behalf of all faculty). | X | | | | | |
| 181 | University of the District of Columbia UDCFA/NEA Faculty Grievance Form (Jack Martinelli, Assoc. Professor). | X | | | | | |
| 182 | Washington Times article, "Talk of the Times." | X | | | | | |
| 183 | Washington Times article, "UDC cronyism in hiring decried; School president draws council" by Brian DeBose. | X | | | | | |
| 184 | Washington Times article, "Top of the Times: A Review of the Week's News." | X | | | | | |
| 185 | Washington Times article, "Williams leaves fix to UDC trustees; Chavous to meet board over hiring" by Brian DeBose." | X | | | | | |
| 186 | Washington Times article, "UDC's provost urged to resign; Brazil cites lack of qualifications" by Matthew Cella and S.A. Miller. | X | | | | | |
| 187 | Washington Times article, "UDC OK'd $10,000 bonus; Pollard hire was paid extra to sign" by S.A. Miller. | X | | | | | |
| 188 | The Post-Standard (Syracuse, NY) article, "Ex-Syracuse University Dean Makes Waves at D.C. College" by Mark Libbon, Washington Notebook. | X | | | | | |
| 189 | Washington Times article, "UDC rules out signing bonus; No extra money for new provost" by S.A. Miller. | X | | | | | |
| 190 | Washington Times article, "Brazil again calls for new UDC provost to resign" by S.A. Miller. | X | | | | | |
| 191 | Washington Times article, "UDC reports theft of financial records; Files contained payroll details, data on Pollard's home-renovation expenses." | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 192 | Washington Times article, "UDC tight-lipped on probe of stolen files" by Brian DeBose. | X | | | | | |
| 193 | Washington Times article, "UDC trustees seek data on files; Financial figures on stolen papers" by Brian DeBose. | X | | | | | |
| 194 | Washington Post article, "Ethics Panel to Probe Hiring of Leading Official at UDC" by Valerie Strauss. | X | | | | | |
| 195 | Washington Times article, "Office of Campaign Finance to probe hiring of UDC provost" by S.A. Miller. | X | | | | | |
| 196 | Washington Post article, "Some UDC Faculty Criticize President for Hiring Friends" by Valerie Strauss. | X | | | | | |
| 197 | Washington Times article, "UDC head defends provost's credentials; Says new hire has defined degree" by S.A. Miller and Brian DeBose. | X | | | | | |
| 198 | Office of Management and Budget, Circular No.A-2 1. | | X | | | | |
| 199 | Washington Times article, "'D' Is For Decrepit; Little has changed at troubled UDC under new regime" by S.A. Miller. | X | | | | | |
| 200 | Washington Times article, "Students question UDC hiring; Want answers about provost" by S.A. Miller. | X | | | | | |
| 201 | Washington Times article, "UDC chief blames red tape for despair" by S.A. Miller. | X | | | | | |
| 202 | Washington Times article, "Inspection tour of UDC logs maintenance woes" by S.A. Miller. | X | | | | | |
| 203 | Washington Times article, "UDC hands inquiry to police; Will not address probe discrepancy" by S.A. Miller. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 204 | Washington Times article, "Ethics Board to Investigate Lawyer's Influence at Washington, D.C., University" by S.A. Miller. | X | | | | | |
| 205 | Washington Times article, "UDC officials defend new hire; Say fund crunch is bigger problem" by S.A. Miller and Brian DeBose. | X | | | | | |
| 206 | Washington Times article, "UDC problems persist; Fenty finds some repairs neglected" by S.A. Miller. | X | | | | | |
| 207 | Washington Times article, "UDC's financial manager resigns; President faces expense queries" by S.A. Miller. | X | | | | | |
| 208 | Washington Times article, "UDC chief gets mixed reviews; Council urges more reforms" by S.A. Miller. | X | | | | | |
| 209 | Washington Times article, "Faculty questions provost's standing; UDC official lacks a Ph.D." by S.A. Miller. | X | | | | | |
| 210 | Washington Times article, "City probes theft at UDC; Files linked to renovation" by S.A. Miller and, Matthew Cella. | X | | | | | |
| 211 | Washington Times article, "Fenty glad to see IG probe of UDC record theft; Documents disappeared during inquiries about expenditure" by Matthew Cella. | X | | | | | |
| 212 | The National Journal article, "People; Vol. 36, No. 3" by Lisa Caruso, Mark Kukis, Kellie Lunney, and Gregg Sangillo. | | X | | | | |
| 213 | Washington Times article, "Faculty leaders at UDC call for Pollard's ouster; Hiring of friend cited" by S.A. Miller. | X | | | | | |
| 214 | JBHE Weekly Bulletin – "Turmoil at the University of the District of Columbia." | X | | | | | |
| 215 | Email from Wilhelmina Reuben-Cooke to Johnnie Landon, Michael Andrews, William Pollard, cc: Ernest Jolly, Susan Saunders, Marjorie Douglas, subject: "RE: Journal of Blacks in Higher Education Rebuttal." | X | | | | | |
| 216 | Washington Times article, "UDC Senate4 begins probe; Provost hiring again targeted" by S.A. Miller. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 217 | Washington Times article, "Pollard to step down as UDC's president" by The Washington Times. | X | | | | | |
| 218 | Washington Informer article, "Education: NEWS brief" [pg. 15 Vol. 43 No. 38]. | X | | | | | |
| 219 | Email from Michael Andrews to Myles Mutnick, Gloria Wyche-Moore, Michael Andrews, Bobby Austin, Janice Borlandoe, Shelley Broderick, Christine Brooks, Earl Cabbell, Charles Carter, David Caruth, Albert Casciero, Jean Catchings, Pat Chisley, Mary Elliott, Deirdre Evans-Pritchard, Beverly Franklin, Carlynn Fuller, Mike Jacks, Stanley Jackson, Barbara Jumper, Ben Latigo, Sandra Lawson, Charlie Mahone, Harold Merritt, Janelle Morrow, Myles Mutnick, Ernesta Pendleton, Rachel Petty, William Pollard, Herman Prescott, Marie Racine, Wilhelmina Reuben-Cooke, Robert Robinson, Susan Rosenbaum, Susan Saunders, Paul Tennassee, David Watts, Jovita Wells, Herman Witten, Mary Wright, subject: "Daily Press Clips – Tuesday, August 28, 2007 – Provided to Board of Trustees for Information." | | X | | | | |
| 220 | Email from E. Reuben-Cooke to edcooke@mintz.com, subject: "FW: Daily Press Clips – Tuesday, August 28, 2007 – Provided to Board of Trustees for Information." | | | | | X | |
| 221 | Email from Lucy Reuben to W. Reuben-Cooke with cc: to Jayne Reuben, subject: "Daily Press Clips – Tuesday, August 28, 2007 – Provided to Board of Trustees for Information." | | | | | X | |
| 222 | Washington Post article, "Acting President Hires New Finance Officials for UDC; Meeting Scheduled With Council About School's Operations" by Valerie Strauss. | | | | | X | |
| 223 | Email from Wilhelmina Reuben-Cooke to Edward Cooke, subject: "Daily Press Clips- Monday, November 5, 2007-Provided to Board of Trustees for Information." | | | | | X | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 224 | Email from Wilhelmina Reuben-Cooke to Edward Cooke, subject: "Daily Press Clips- Tuesday, November 6, 2007-Provided to Board of Trustees for Information" (E. Cooke Ex. 12). | | | | | X | |
| 225 | Washington Times article – UDC chief fills spot with friend of family – new official lacks required degree. | X | | | | | |
| 226 | 31 U.S.C.A. §§ 1341 and 1350 | | X | | | | |
| 227 | Code of D.C. Municipal Regulations (Title 27. Contracts and Procurements/ Chapter 17. Sole Source and Emergency Procurements). | X | | | | | |
| 228 | 2003 Calendar of Ms. Wilhelmina Reuben-Cooke. | X | | | | | |
| 229 | Email from Myles Mutnick to Wilhelmina Reuben-Cooke, subject: "Use of Appropriated Funds to Pay for Food." | X | | | | | |
| 230 | 2004 Calendar of Ms. Wilhelmina Reuben-Cooke. | X | | | | | |
| 231 | Agendas of Provost's meetings with the President and others. | X | | | | | |
| 232 | Email from William L. Pollard to vcuprovost@kornferry.com, subject: "FW: FW: VCU Provost Search." | X | | | | | |
| 233 | 2005 Calendar of Ms. Wilhelmina Reuben-Cooke. | X | | | | | |
| 234 | Memoranda to: William L. Pollard, from: Wilhelmina Reuben-Cooke regarding use of funds. | X | | | | | |
| 235 | Email from Wilhelmina Reuben-Cooke to Sharon F. Woods, subject: "RE: UDC." | X | | | | | |
| 236 | Email from Johnnie Landon to Mary C. Wright, [no subject line] with attached memorandum from William Pollard to Wilhelmina Reuben-Cooke. | X | | | | | |
| 237 | 2006 Calendar of Ms. Wilhelmina Reuben-Cooke. | X | | | | | |
| 238 | Email from Wilhelmina Reuben-Cooke to edcooke@mintz.com, edcookjr@aol.com, subject: "FW: 5 Course Caribbean Dinner + Drinks $45." | | X | | | | |
| 239 | Video recordings of D.C. Council hearings (already produced by counsel for UDC and Stanley Jackson). | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 240 | Email from William L. Pollard to Stanley T. Jackson and James W. Dyke Jr., subject: "FW: Sweet 16." | X | | | | | |
| 241 | Memorandum from Wilhelmina Reuben-Cooke to William Pollard, subject: "Additional FY 2007 Budgetary Funding for Academic Affairs." | X | | | | | |
| 242 | Email from Wilhelmina Reuben-Cooke to Herman Prescott and Bertha Minus, subject: "FW: Memoranda to the Board" with attachments: Proposed Resolution-Satisfactory Progress Toward Degree.pdf; Proposed Resolution-Enforcement of Probationary Regulations.pdf. | X | | | | | |
| 243 | Email from James Dyke to Wilhelmina Reuben-Cooke and William Pollard, cc: Rita Kirshstein, dmroyster@pepcoholdings.com, joseph.l.askew.jr@verizon.com, and David Watts, subject: "FW: Pollard/Cooke Memorandum" with attachment: attDD.jpg; signature.gif [memo of "Student Notification of Unsatisfactory Academic Standing"]. | X | | | | | |
| 244 | Email from Merriette Pollard to Wilhelmina M. Reuben-Cooke, William L. Pollard, and jdaughtry2@aol.com with subject: Bill Pollard resignation. | | X | | | | |
| 245 | Letter from Charlotte Y. Keys, Tracey Humphrey, and Melanie Holsey to Charles J. Willoughby regarding "significant administrative, financial and legal matters concerning mismanagement and direct misrepresentation of financial data within the University of the District of Columbia." | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|---|---|---|---|---|---|---|---|
| 246 | Email from Michael Andrews to Stanley Jackson, Wilhelmina Reuben-Cooke, Bobby Austin, Clemmie Solomon, David Watts, Earl Cabbell, Robert Robinson and Mike Jacks, cc: Barbara Jumper, Wynette Wilkins, Jean Catchings, Wilma Thompson, Dollie Ellis, Herman Prescott and Dizella Jones, subject: UDC-CFO Administrative Orders attachments: Procurement Violations. | X | | | | | |
| | | | | | | | |
| 247 | Email (with attachments) from Wossen Encubahre to Stanley Jackson, Earl Cabbell, Wilhelmina Reuben-Cooke, Robert T. Robinson, Mike Jacks, Bobby Austin, Barbara Jumper, Clemmie Solomon, and David Watts, subject: Attention (sic) Potential Ratification." | X | | | | | |
| 248 | Memorandum from Wilhelmina Reuben-Cooke to Stan Jackson, Re: Faculty Professional Development Day. | X | | | | | |
| 249 | Email from Wilhelmina Reuben-Cooke to Barbara Jumper, cc: Antonia Nowell, subject: "FW: MOUs w/UDC." | | X | | | | |
| 250 | Email from Arlene Jackson to Wilhelmina Reuben-Cooke, Elizabeth Davis-Russell, and Patricia Pierce Ramsey, subject: "Liberia-SU." | | X | | | | |
| 251 | Testimony of Stanley Jackson, Acting President of the University of the District of Columbia. | X | | | | | |
| 252 | Organizational Chart: "Office of the Provost and Vice President for Academic Affairs 2007." | X | | | | | |
| 253 | 15 page chart "Procurement Practice Violators." | X | | | | | |
| 254 | Outlook Calendar of Wilhelmina Reuben-Cooke. | X | | | | | |
| 255 | 2007 Calendar of Ms. Wilhelmina Reuben-Cooke. | X | | | | | |
| 256 | Budget vs. Actual Spending Analysis by Program. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 257 | Email from Larry Daniels to Stanley Jackson, Earl Cabbell, Barbara Jumper, Carlynn Fuller, and Larry Daniels, subject: "Re: Follow-up points." | X | | | | | |
| 258 | The Council of the District of Columbia Committee of the Whole Performance Oversight Hearing on the FY 2007-2008 Budget of the University of the District of Columbia – Testimony of Stanley Jackson, Acting President The University of the District of Columbia. | X | | | | | |
| 259 | Government of the District of Columbia Office of the Inspector General – University of the District of Columbia – Financial Statements and Management's Discussion and Analysis Fiscal years Ended September 30, 2007 and 2006. | X | | | | | |
| 260 | University of the District of Columbia – Independent Auditors' Report on Internal Control Over Financial Reporting and Management Letter Comments – Fiscal Year Ended September 30, 2006. | X | | | | | |
| 261 | UDC: Comprehensive Assessment – Final Report of Recommendations (by MGT of America, Inc. and Thompson, Cobb, Bazilio & Associates, PC). | X | | | | | |
| 262 | 2004-2008 W-2 statements for Wilhelmina M. Reuben-Cooke and 3 1099-misc statements [additional statements to be produced by the plaintiff pursuant to Order dated April 10, 2009 and included in this exhibit]. | X | | | | | |
| 263 | Notice of Default Order to Wilhelmina Reuben-Cooke, Circuit Court for Kent County, plus the Complaint, Motion for Summary Judgment, Memorandum of Grounds and 901orities, Affidavit in Support of Motion for Summary Judgment and Note for $200,000 in *Hudson v. Cooke and Reuben-Cooke*. | | X | | | | |
| 264 | Chart of UDC Ratifications. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 265 | Contract By and Between The University of the District of Columbia and Littler Mendelson, P.C. | | X | | | | |
| 266 | Spreadsheet reflecting procurements under the auspices of the VP for academic affairs, as Produced by counsel for the Board of Trustees of UDC and Stanley Jackson. | X | | | | | |
| 267 | Spreadsheet reflecting procurements under the auspices of the VP for academic affairs, sorted by vendor. | X | | | | | |
| 268 | Spreadsheet reflecting procurements under the auspices of the VP for academic affairs, sorted by description. | X | | | | | |
| 269 | Selected lines from spreadsheet reflecting procurements under the auspices of the VP for academic affairs. | X | | | | | |
| 270 | NCAA News Release: University of the District of Columbia Public Infractions Report. | X | | | | | |
| 271 | Dr. Liza Gold's notes regarding Wilhelmina Reuben-Cooke, plus transcription of same. | X | | | | | |
| 272 | Medical records regarding Wilhelmina Reuben-Cooke from Duke University Hospital. | X | | | | | |
| 273 | Medical records regarding Wilhelmina Reuben-Cooke from Dr. Kirk Williams. | X | | | | | |
| 274 | Medical records regarding Wilhelmina Reuben-Cooke from Washington Cardiovascular Specialists. | X | | | | | |
| 275 | Medical records regarding Wilhelmina Reuben-Cooke from Washington Hospital Center. | X | | | | | |
| 276 | Medical records regarding Wilhelmina Reuben-Cooke from Inova Health System. | X | | | | | |
| 277 | Medical records regarding Wilhelmina Reuben-Cooke from Dr. Anthony Watkins. | X | | | | | |
| 278 | Medical records regarding Wilhelmina Reuben-Cooke from Preventive Care Network Services, P.C. | X | | | | | |
| 279 | Medical records (Radiology Report) regarding Wilhelmina Reuben-Cooke from Washington Hospital Center. | X | | | | | |

| Exh | Description | No Obj | 402 | 403 | 802 | 901 | Other |
|-----|-------------|--------|-----|-----|-----|-----|-------|
| 280 | Medical records regarding Wilhelmina Reuben-Cooke from Inova/Fair Oaks. | X | | | | | |
| 281 | Medical records regarding Wilhelmina Reuben-Cooke. | X | | | | | |
| 282 | Medical records regarding Wilhelmina Reuben-Cooke from Dr. Jonathan McCone, Jr. | X | | | | | |
| 283 | Additional medical records for Wilhelmina Reuben-Cooke. | X | | | | | |
| 284 | Deposition transcript of Charles J. Ogletree, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | No | | | | | |
| 285 | Deposition transcript of Christine Poole, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 286 | Deposition transcript of Edmund Cooke, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 287 | Deposition transcript of Johnnie Landon, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 288 | Deposition transcript of Meredith Rode, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 289 | Deposition transcript of Sydney Hall, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 290 | Deposition transcript of Wilhelmina Reuben-Cooke, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 291 | Deposition transcript of William Pollard, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 292 | Deposition transcript of Wilmer Johnson, plus exhibits, in *Johnson v. Board of Trustees of the University of the District of Columbia.* | X | | | | | |
| 293 | *Johnson v. UDC* exhibit listing (spreadsheet). | X | | | | | |
| 294 | Briefing Book. | X | | | | | |

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Objections Of Defendants Board Of Trustees Of The University Of The District Of Columbia And Stanley Jackson To Plaintiff's Proffered Trial Exhibits, via email in pdf format upon:

Elaine Charlson Bredehoft
ebredehoft@cbc-law.com
Carla D. Brown
cbrown@cbc-law.com
Brittany Sukata
bsakata@charlsonbredehoft.com
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia  20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Plaintiff,*
*Wilhelmina Reuben-Cooke*

and by email in pdf format and by first class mail, postage prepaid, upon:

Wilmer L. Johnson
3301 Beret Lane
Silver Spring, MD 20906

Johnnie A. Landon, Jr.
4401-A Connecticut Ave., NW, #286
Washington, DC 20008

Sydney Hall
1433 Iris Street, NW
Washington, DC 20012

/s/: Thomas L. Koger_____
Thomas L. Koger, VA Bar No. 40086
Thomas.Koger@dc.gov
Senior Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 727-4170  Telephone
(202) 741-5908  Facsimile

*Counsel for Defendants, Board of Trustees of the*
*University of the District of Columbia and Stanley Jackson*