# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

_____
)
WILHELMINA REUBEN-COOKE )
)
    Plaintiff, )
) Civil Action No. 1:08cv1102
    v. ) Hon. Leonie M. Brinkema
) Hon. Ivan D. Davis
BOARD OF TRUSTEES OF THE )
  UNIVERSITY OF THE DISTRICT )
  OF COLUMBIA, *et al.,* )
)
    Defendants. )
_____)

## NOTICE OF DISMISSAL AS TO DEFENDANT JOHNNIE A. LANDON, JR.

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Wilhelmina Reuben-Cooke, hereby notices dismissal of this action without prejudice solely as to Johnny A. Landon, Jr. Mr. Landon has never served or filed an Answer or Motion for Summary Judgment.

    SO ORDERED.


Dated: _____        _____
Alexandria, Virginia                                         Leonie M. Brinkema
                                                                                       United States District Judge

May 18, 2009	Respectfully submitted,

/s/ CARLA D. BROWN
_____
Elaine Charlson Bredehoft, VA Bar No. 23766
ebredehoft@cbc-law.com
Carla D. Brown, VA Bar No. 44803
cbrown@cbc-law.com
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia  20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Counsel for Plaintiff, Wilhelmina Reuben-Cooke*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May 2009 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Thomas L. Koger, Esq.
Thomas.Koger@dc.gov
Jayme Kantor, Esq.
Jayme.kantor@dc.gov
441 Fourth Street, N.W., 6th Floor South
Washington, D.C.  20001
*Counsel for Defendant, Board of Trustees
of the University of the District of Columbia
and Stanley Jackson*

And I hereby certify that I will mail the document to the following non-filing users:

>Wilmer L. Johnson
>3301 Beret Lane
>Silver Spring, MD 20906
>
>Johnnie A. Landon, Jr.
>4401-A Connecticut Ave, N.W., #286
>Washington, D.C. 20008
>
>Sydney Hall
>1433 Iris Street, N.W.
>Washington, D.C. 20012

>*/s/ CARLA D. BROWN*
>
>_____
>Elaine Charlson Bredehoft, VA Bar No. 23766
>ebredehoft@cbc-law.com
>Carla D. Brown, VA Bar No. 44803
>cbrown@cbc-law.com
>CHARLSON BREDEHOFT & COHEN, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, Virginia  20190
>(703) 318-6800 Telephone
>(703) 318-6808 Facsimile
>
>*Counsel for Plaintiff, Wilhelmina Reuben-Cooke*