IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

_____
                                            )
WILHELMINA REUBEN-COOKE                     )
                                            )
    Plaintiff,                              )
                                            )   Civil Action No. 1:08cv1102
    v.                                      )   Hon. Leonie M. Brinkema
                                            )   Hon. Ivan D. Davis
BOARD OF TRUSTEES OF THE                    )
  UNIVERSITY OF THE DISTRICT               )
  OF COLUMBIA, *et al.,*                    )
                                            )
    Defendants.                             )
_____)

## NOTICE OF DISMISSAL AS TO DEFENDANT WILMER L. JOHNSON

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Wilhelmina Reuben-Cooke, hereby notices dismissal of this action without prejudice solely as to Wilmer L. Johnson. Mr. Johnson has never served or filed an Answer or Motion for Summary Judgment.

    SO ORDERED.


Dated: _____          _____
Alexandria, Virginia                      Leonie M. Brinkema
                                          United States District Judge

May 18, 2009                          Respectfully submitted,

                                                       /s/ CARLA D. BROWN
                                                     _____
                                                     Elaine Charlson Bredehoft, VA Bar No. 23766
                                                     ebredehoft@cbc-law.com
                                                     Carla D. Brown, VA Bar No. 44803
                                                     cbrown@cbc-law.com
                                                     CHARLSON BREDEHOFT & COHEN, P.C.
                                                     11260 Roger Bacon Drive, Suite 201
                                                     Reston, Virginia  20190
                                                     (703) 318-6800 Telephone
                                                     (703) 318-6808 Facsimile
                                                     *Counsel for Plaintiff, Wilhelmina Reuben-Cooke*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of May 2009 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

                    Thomas L. Koger, Esq.
                    Thomas.Koger@dc.gov
                    Jayme Kantor, Esq.
                    Jayme.kantor@dc.gov
                    441 Fourth Street, N.W., 6th Floor South
                    Washington, D.C.  20001
                    *Counsel for Defendant, Board of Trustees*
                    *of the University of the District of Columbia*
                    *and Stanley Jackson*

And I hereby certify that I will mail the document to the following non-filing users:

>Wilmer L. Johnson
>3301 Beret Lane
>Silver Spring, MD 20906
>
>Johnnie A. Landon, Jr.
>4401-A Connecticut Ave, N.W., #286
>Washington, D.C. 20008
>
>Sydney Hall
>1433 Iris Street, N.W.
>Washington, D.C. 20012

>/s/ CARLA D. BROWN
>
>_____
>Elaine Charlson Bredehoft, VA Bar No. 23766
>ebredehoft@cbc-law.com
>Carla D. Brown, VA Bar No. 44803
>cbrown@cbc-law.com
>CHARLSON BREDEHOFT & COHEN, P.C.
>11260 Roger Bacon Drive, Suite 201
>Reston, Virginia 20190
>(703) 318-6800 Telephone
>(703) 318-6808 Facsimile
>
>*Counsel for Plaintiff, Wilhelmina Reuben-Cooke*