

FILED
MAY 29 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WILHELMINA REUBEN-COOKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:08cv1102 (LMB/IDD) |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF THE DISTRICT ) | |
| OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in open court, defendants Board of Trustees of the University of the District of Columbia and Stanley Jackson's Motion for Summary Judgment [139] is GRANTED IN PART and DENIED IN PART; and, it is hereby

ORDERED that summary judgment be and is GRANTED to defendant Board of Trustees of the University of the District of Columbia on all claims alleged in Counts I, V, and VI of the Second Amended Complaint. The only claim going forward against the Board of Trustees of the University of the District of Columbia is the allegation made in Count VII that this defendant is vicariously liable for the allegedly tortious actions of Dr. Sydney Hall; and, it is further

ORDERED that summary judgment be and is GRANTED to defendant Stanley Jackson on all claims alleged in Counts I,

II, III, and VII of the Second Amended Complaint. Accordingly, no claims against Jackson remain for trial; and, it is further

ORDERED that all claims alleged in Count III of the Second Amended Complaint be and are DISMISSED; and, it is further

ORDERED that plaintiff's Motion to Strike the Memorandum of Points and Authorities in Support of Motion By Defendants Board of Trustees of the University of the District of Columbia and Stanley Jackson for Summary Judgment [151] be and is DENIED. Although the defendants should have complied with the requirements of Local Civil Rule 56(B), the Court finds that their failure to do so did not prejudice the plaintiff; and, it is further

ORDERED that the defendants Board of Trustees of the University of the District of Columbia and Stanley Jackson's Motion for Leave to File Amended Memorandum of Points and Authorities in Support of Their Motion for Summary Judgment and to Allow Plaintiff to File Supplemental Opposition Thereto [154] be and is DENIED.

Accordingly, the only remaining claims in this civil action are those alleged in Count I and Count VII against defendant Hall and those alleged in Count VII against defendant Board of Trustees of the University of the District of Columbia. Because the deposition of defendant Hall will be taken on Thursday, June 4, 2009, the jury trial set for June

2

15, 2009 is cancelled.  The parties will argue any additional pretrial motions on Monday, June 15, 2009 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and defendant Hall, pro se.

Entered this 29th day of May, 2009.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

3