# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILHELMINA REUBEN-COOKE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF TRUSTEES OF THE ) <br> UNIVERSITY OF THE DISTRICT ) <br> OF COLUMBIA, *et al.,* ) <br> ) <br> Defendants. ) | Civil Action No. 1:08cv1102 <br> Hon. Leonie M. Brinkema <br> Hon. Ivan D. Davis |

## NOTICE OF DISMISSAL AS TO DEFENDANT SYDNEY HALL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Wilhelmina Reuben-Cooke hereby notices the dismissal of this action, without prejudice, as to Defendant Sydney Hall.  Mr. Hall has not filed or served an answer to the Complaint or a motion for summary judgment.

SO ORDERED.

Dated: _____  
Alexandria, Virginia

_____  
Leonie M. Brinkema  
United States District Judge

July 10, 2009               Respectfully submitted,

/s/ CARLA D. BROWN
_____
Elaine Charlson Bredehoft, VA Bar No. 23766
ebredehoft@cbc-law.com
Carla D. Brown, VA Bar No. 44803
cbrown@cbc-law.com
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia  20190
(703) 318-6800   Telephone
(703) 318-6808   Facsimile

*Counsel for Plaintiff, Wilhelmina Reuben-Cooke*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July 2009 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Thomas L. Koger, VA Bar No. 40086
Thomas.Koger@dc.gov
Senior Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone:     (202) 724-6610
Facsimile:     (202) 727-3625

*Counsel for Defendants Board of Trustees of the*
*University of the District of Columbia and*
*Stanley Jackson*

I further certify that I will serve the foregoing by first class mail, postage prepaid, upon the following non-filing user:

Sydney Hall
1431 Iris Street, N.W.
Washington, D.C. 20012

        */s/ CARLA D. BROWN*
        _____
        Elaine Charlson Bredehoft, VA Bar No. 23766
        ebredehoft@cbc-law.com
        Carla D. Brown, VA Bar No. 44803
        cbrown@cbc-law.com
        CHARLSON BREDEHOFT & COHEN, P.C.
        11260 Roger Bacon Drive, Suite 201
        Reston, Virginia 20190
        (703) 318-6800 Telephone
        (703) 318-6808 Facsimile

        *Counsel for Plaintiff, Wilhelmina Reuben-Cooke*