IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| WILHELMINA REUBEN-COOKE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOARD OF TRUSTEES OF THE ) <br> UNIVERSITY OF THE DISTRICT ) <br> OF COLUMBIA, *et al*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:08cv1102 <br> Hon. Leonie M. Brinkema <br> Hon. Ivan D. Davis |

### STIPULATION OF DISMISSAL

Upon motion of the Plaintiff, Wilhelmina Reuben-Cooke, having voluntarily dismissed her claims against Sydney Hall and having settled her remaining claims against Defendant, Board of Trustees of the University of the District of Columbia and all remaining individual defendants, this case is hereby DISMISSED with prejudice as to the Board of Trustees of the University of the District of Columbia and any remaining individual defendants who are or at any time were, UDC employees.

SO ORDERED.

Dated: _____
Alexandria, Virginia

_____
The Honorable Leonie M. Brinkema
United States District Court Judge

WE ASK FOR THIS:

By: *Carla Brown*
Elaine Charlson Bredehoft, VA Bar No. 23766
ebredehoft@cbc-law.com
Carla D. Brown, VA Bar No. 44803
cbrown@cbc-law.com
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
Telephone: (703) 318-6800
Facsimile: (703) 318-6808

*Counsel for the Plaintiff, Wilhelmina Reuben-Cooke*

By: *Thomas L. Koger*
Thomas L. Koger, VA Bar No. 40086
thomas.koger@dc.gov
Office of the Attorney General for
    the District of Columbia
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001
Telephone:   (202) 727-4170
Facsimile:   (202) 741-5908

*Counsel for Defendant, University of the District
    of Columbia*